In the Matter of the Application of ROBERT F. TAYLOR, as Executor, etc., of NANCY TAYLOR, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld.*— Decree reversed on the law and petition dismissed, with costs to the appellant payable out of the estate. (See *Matter of Hammer*, 237 App. Div. 497.) All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES REDMANOFF, Appellant.— Judgment of conviction and order affirmed. All concur.

In the Matter of the Estate of CHARLES MORRAN, Deceased.— Motion for leave to appeal to the Court of Appeals and for stay pending appeal denied, with ten dollars costs.

MORRIS HURWITZ, Appellant, v. MATTHEW V. BYRNE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

ROSE DILEO, Appellant, v. EAGLE INDEMNITY COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

FRANK DILEO, Appellant, v. EAGLE INDEMNITY COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

MABEL OHLQUIST, Plaintiff, v. CHESTER A. NORDSTROM, Appellant, and JOHN S. HICKMAN, Respondent.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See 238 App. Div. 766.]

In the Matter of the Construction of the Last Will and Testament of PETER ECKAM, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of ST. JOHN'S CHURCH OF MT. MORRIS, N. Y., Trustee of the Trust Created under the Fifth Clause of the Will of CHARLES F. SWAN, Deceased, etc.— Motion for a reargument denied. Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See *Matter of Swan*, 237 App. Div. 454.]

ALTON B. THOMPSON, Respondent, v. FRANK REGITANO and Others, Appellants. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

KENNETH H. MACGREGOR, Respondent, v. FRANK REGITANO and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of JOHN LEO SULLIVAN, an Attorney at Law.— Motion for leave to submit further evidence and for a reargument denied. The alleged new matter in relation to the Swedish estate has already been before the court. In respect to the American Locomotive Company matter, we do not think the evidence is of sufficient importance to require a rehearing for even if found in accordance with the alleged new evidence, it would not, in our minds, change the result. All concur, Crosby, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BLANCHE MAZURSKI and Another, Respondents, v. BERNARD BROWN, Appellant.— Order affirmed, with costs. All concur.